```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :   08 CIV. 11278 (DLC)
                                           :
IN RE AUSTRALIA AND NEW ZEALAND BANKING    :   ORDER
GROUP LIMITED SECURITIES LITIGATION        :
                                           :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on March 27, 2009, it is hereby

    ORDERED that this case will be referred to mediation. The Clerk of Court will contact the parties when a mediator has been selected.

Dated:    New York, New York
         April 1, 2009

                                 /s/ Denise Cote
                                 DENISE COTE
                        United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-09
```